STATE of Missouri, Respondent,

v.

Lonnie M. BUESING, Appellant.

No. WD 65214.

Missouri Court of Appeals,
Western District.

June 27, 2006.

Richard E. McFadin, Gallatin, MO, for appellant.

Douglas S. Roberts, Chillicothe, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Lonnie M. Buesing appeals the judgment of the trial court finding him guilty of driving while revoked, under section 302.321, RSMo Cum.Supp.2002. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).